# UNITED STATES DISTRICT COURT
### Eastern District of California

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| XAVIAR MICHAEL BABUDAR | Case No. 2:23-mj-00100-DB |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 23-MJ-00061-JAM (LMC) | 2:23-mj-00100-DB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

____ Indictment    ____ Information    _X_ Complaint    ____ Other (specify)

**charging a violation of**    18    **U.S.C. §**  2113(c)

**DISTRICT OF OFFENSE**   Western District of Missouri, Western Division

**DESCRIPTION OF CHARGES:**
BANK THEFT

**CURRENT BOND STATUS:**
____ Bail fixed at $_____ and conditions were not met
____ Government moved for detention and defendant detained after hearing in District of Arrest
_X_ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

| Representation | ____ Retained Own Counsel    _X_ Federal Defender Organization    ____ CJA Attorney    ____ None |
|---|---|
| Interpreter Required? | _X_ No    ____ Yes    Language:_____ |

**DISTRICT OF** CALIFORNIA, EASTERN DISTRICT

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated:   July 11, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

|  |  |  |
|--|--|--|
|  |  |  |