**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**July 13, 2023**

Western District of Missouri
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

**RE:**  USA  vs.  XAVIAR MICHAEL BABUDAR
**USDC No.:**  2:23–MJ–00100–DB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 11, 2023 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 3**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/  **C. Perdue**

Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____